**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Albert Stanley MELVIN, Defendant-**
**Appellant.**

**16-10040**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(August 21, 2017)

Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, Karin Be-

thany Hoppmann, Arthur Lee Bentley, III, Jennifer Lynn Peresie, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Dionja Dyer, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before TJOFLAT, MARCUS and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).